IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TERRANCE MOORE,
DONALD ALFORD-LOFTON,
CINCRONE D. GRESHAM,　　　　　　　　　　OPINION AND ORDER

　　　　Plaintiffs,　　　　　　　　　　　　　　Case No.  18-cv-930-wmc
　　v.

DAVID J. MAHONEY and his insurer,

　　　　Defendants.

---

*Pro se* plaintiffs Terrance Moore, Donald Alford-Lofton and Cincrone Gresham are proceeding in this lawsuit under 42 U.S.C. § 1983, against former Dane County Sheriff David J. Mahoney and his insurer related to the conditions of confinement at the Dane County Jail.  However, plaintiff Terrance Moore has failed to pay the filing fee or seek leave to proceed *in forma pauperis*, the court's last communication to Moore was returned to the court as undeliverable (dkt. #5), and the clerk of court has been unable to locate Moore.

It is Moore's obligation to apprise the court of a change in address, so that the court and defendant can contact him.  Since Moore has failed to update his address, and the clerk of court has been unable to locate his address, the court is dismissing Moore's claims in this lawsuit for failure to prosecute.

ORDER

IT IS ORDERED that:

1. Plaintiffs Terrance Moore's claims in this lawsuit are DISMISSED without prejudice, for failure to prosecute.

2. The clerk of court is directed to terminate Moore as a plaintiff in this lawsuit.

Entered this 21st day of September, 2021.

          BY THE COURT:

          /s/

          _____
          WILLIAM M. CONLEY
          District Judge