IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD ALFORD-LOFTON and
CINCRONE D. GRESHAM,

    Plaintiffs,

v.

DAVID J. MAHONEY,

    Defendant.

OPINION AND ORDER

Case No.  18-cv-930-wmc

*Pro se* plaintiffs Donald Alford-Lofton and Cincrone Gresham are proceeding in this lawsuit under 42 U.S.C. § 1983, against former Dane County Sheriff David J. Mahoney. On December 29, 2021, defendant filed a motion to dismiss for lack of prosecution as to plaintiff Gresham's claims in this lawsuit (dkt. #33), and the court set January 10, 2022, as Gresham's response deadline.  Then, on January 19, 2022, defendant filed a motion for summary judgment against plaintiff Alford-Lofton, on the ground that he failed to exhaust his administrative remedies (dkt. #34), and the court set February 10, 2022, as Alford-Lofton's response deadline.  Both of those deadlines have long since passed, and neither plaintiff has responded to the motion directed at him, nor communicated with the court suggesting that he intends to do so.  Therefore, it appears that both plaintiffs have abandoned their claims in this lawsuit.  Before dismissing this action, however, the court will give each plaintiff an opportunity to respond.  Each plaintiff is advised that if he fails to meet the deadline set forth below, the court will dismiss his claims in this lawsuit with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

ORDER

IT IS ORDERED that:

1. Plaintiff Donald Alford-Lofton has until **March 28, 2022**, to respond to defendant's motion for summary judgment.

2. Plaintiff Cincrone Gresham has until **March 28, 2022**, to respond to defendant's motion to dismiss for failure to prosecute.

3. **Each plaintiff is advised that if he fails to respond as directed, this court will dismiss his claims in this lawsuit with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).**

Entered this 7th day of March, 2022.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge