IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD ALFORD-LOFTON
and CINCRONE D. GRESHAM,

    Plaintiffs,

v.

Case No. 18-cv-930-jdp

DAVID MAHONEY and
DANE COUNTY SHERIFF'S DEPARMENT
and its insurer,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/
Peter Oppeneer, Clerk of Court

March 30, 2022
Date